UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR L. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL COUNTS, et al.,<br><br>    Defendants. | No. 2:20-cv-02441-TLN-JDP<br><br>**ORDER DIRECTING CLERK TO SEND MATERIALS FOR SERVICE AND REQUIRING SERVICE BY UNITED STATES MARSHAL** |

This Court, in its December 14, 2020 Order (ECF No. 4), granted Plaintiff Trevor L. Smith's ("Plaintiff") Motions to Proceed *in Forma Pauperis* and for a Temporary Restraining Order ("TRO") (ECF Nos. 2–3). The Court is required to screen complaints brought by parties proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915(e)(2); *see also Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc). In its evaluation of Plaintiff's Motion for a TRO, the Court screened the Complaint brought by Plaintiff and found that it validly states claims for copyright infringement, contributory copyright infringement, breach of fiduciary duty, and accounting.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue process and to send Plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form, a summons form, and an endorsed copy of Plaintiff's Complaint filed December 9, 2020. (ECF No. 1.)

1

2. Within sixty (60) days after this Order is served, Plaintiff shall supply the U.S. Marshal all information needed by the Marshal to effect service of process. The required documents shall be submitted directly to the United States marshal either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. (916) 930-2030). The Court anticipates that, to effect service, the U.S. Marshal will require, for each Defendant, at least:

    a. One completed summons;

    b. One completed USM-284 form;

    c. One copy of the endorsed Complaint, with an extra copy for the U.S. Marshal; and

    d. One copy of the instant Order.

3. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on a Defendant within 90 days of receiving this Order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

4. Within twenty (20) days after submitting the required materials to the United States Marshals Service, Plaintiff shall file with this Court a declaration stating the date on which Plaintiff submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing sanctions.

5. Within sixty (60) days after receiving the necessary materials from Plaintiff, the United States Marshal is directed to serve process on Defendants without prepayment of costs.

6. Plaintiff is cautioned that the failure to comply with this Order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: December 15, 2020

Troy L. Nunley
United States District Judge