UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR L. SMITH, | Case No. 2:20-cv-02441-TLN-JDP |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO E-FILE CASE DOCUMENTS |
| v. | |
| PAUL COUNTS, *et al.*, | ECF No. 12 |
| Defendants. | |

On January 11, 2021, plaintiff, proceeding without counsel and without prepayment of fees, moved for permission to use this court's case management/electronic case filing (CM/ECF) system. ECF No. 12. Defendants have filed no opposition and the time to do so has passed. This matter is ripe for review.

**Discussion**

In general, parties proceeding without counsel "shall file and serve paper documents" with the court. L.R. 133(a). However, a pro se party may file using CM/ECF with the court's permission. L.R. 133(b)(2). Requests to use electronic filing "shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." L.R. 133(b)3).

1

In this case, defendants have not appeared or responded to plaintiff's filings, and so a stipulation was not obtained. Plaintiff moves for permission to use CM/ECF because the cost and time required by paper filing is burdensome and that burden is exacerbated by the COVID-19 pandemic. *See* ECF No. 12 at 2. I am satisfied with plaintiff's stated reasons for the exception and grant his motion.

Plaintiff is directed to familiarize himself with this court's CM/ECF policies and procedures. Plaintiff must fully acquaint himself with this court's CM/ECF user's manual and complete all relevant portions of the electronic learning modules prior to submitting any filings.[1] Plaintiff must file all documents in the format dictated by our local rules. *See* L.R. 130, 133-35, 190. All requests made to the court should be filed in the form of a motion. Fed. R. Civ. P. 7(b)(1). If plaintiff is unsure how to file a document, he should contact the clerk's office and clarify how to file *before* filing. Documents filed incorrectly will be rejected and must be refiled correctly before consideration by the court. Plaintiff is cautioned that access to CM/ECF will be terminated if he makes unnecessarily voluminous filings or otherwise abuses his access to CM/ECF.

**Order**

1. Plaintiff's motion to use CM/ECF, ECF No. 12, is granted;
2. plaintiff is directed to provide the clerk's office with his email address, which must be maintained throughout the entire proceeding; and
3. the clerk of the court is directed to mail plaintiff a consent to electronic service form. Upon return of this form, the clerk's office is directed to assign plaintiff a CM/ECF login and password.

---

[1] Available at: http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/cmecf-users-manual/.

IT IS SO ORDERED.

Dated:  February 3, 2021

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE