UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR L. SMITH,<br><br>              Plaintiff,<br><br>      v.<br><br>PAUL COUNTS, *et al.*,<br><br>              Defendants. | Case No.  2:20-cv-02441-TLN-JDP (PS)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br>ECF No. 44<br><br>ORDER DIRECTING DEFENDANT BENNETT TO FILE A MOTION TO SET ASIDE DEFAULT WITHIN 30 DAYS |

Defendant Scott Bennett moves for an extension of time to answer the complaint, indicating that he is following up with a prior request. ECF No. 44. Although Bennett indicates in his motion that he filed a request for extension "alongside fellow defendant Paul Counts," ECF No. 44, no such motion or request from Bennett was received by the court. At this point in the case, default has already been entered against defendant Bennett. ECF No. 36. Thus, an extension of time to answer the complaint is not appropriate. Bennett must first move, based upon good cause, to set aside the default. *See* Fed. R. Civ. P. 55(c).

Accordingly,

1. defendant Bennett's motion for extension of time to answer the complaint, ECF No. 44, is denied; and

2. defendant Bennett is directed to file a motion to set aside default that includes a showing of good cause within 30 days of the date of entry of this order.

1

IT IS SO ORDERED.

Dated: __April 6, 2021__

*(signature)*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE