UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR L. SMITH, | Case No.  2:20-cv-2441-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| PAUL COUNTS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a request to voluntarily dismiss this case with prejudice.  ECF No. 107. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

(i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)    a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Before plaintiff filed his request for voluntary dismissal, defendants Scott Bennett, Paul Counts, and Jason Boyce filed answers to plaintiff's first amended complaint.  ECF Nos. 47, 48, & 51.  Consequently, plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i).  However, the defendants that have appeared in this case may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).  Even if defendants decline to stipulate,

1

the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is hereby ORDERED that defendants Scott Bennett, Paul Counts, Jason Boyce, John Cardot, Matthew Dardenne, and Matthew Quall shall, within fourteen days of the date of this order, file and serve a document stipulating to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's request for voluntary dismissal.

IT IS SO ORDERED.

Dated:    March 25, 2026                                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii).

2